**478-15**

# ELECTRONIC RECORD

COA # 14-13-00518-CR                    OFFENSE: DWI

STYLE: Lisa AnnBarfield v The State of Texas        COUNTY: Harris

COA DISPOSITION: Affirmed as Modifed        TRIAL COURT: Co Crim Ct at Law No. 2

DATE: April 2, 2015    Publish: Yes        TC CASE #:1714161

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lisa AnnBarfield v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition        CCA Disposition: _____**478-15**
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____        JUDGE: _____

DATE: _10/14/2015_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**